UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> S.L. CONSTRUCTION CO., et al., <br><br> Defendants. | CASE NO. C06-599JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court hereby VACATES its prior show cause order directed to Defendants regarding discovery compliance (Dkt. # 14) and VACATES its order granting Plaintiffs' motion to compel (Dkt. # 11). The Defendants are now in default. Plaintiffs must treat the defaulting Defendants as a non-party for purposes of discovery. See Blazek v. Capital Recovery Assocs., Inc., 222 F.R.D. 360, 361 (E.D. Wis. 2004) (holding that non-party discovery rules applied to defaulting defendant); cf. LG Electronics, Inc. v. Advance Creative Computer Corp. et al., 212 F. Supp. 2d 1171, 1177 (N.D. Cal. 2002) (holding that unanswered requests for admission served on defaulting defendant was insufficient to serve as evidentiary basis for award of damages). A person not a party to an action may

MINUTE ORDER – 1

1  be compelled to produce documents only by a subpoena issued from the court for the
2  district in which the production is to be made.  Fed. R. Civ. P. 34(c) (citing Fed. R. Civ.
3  P. 45).  Accordingly, if Plaintiffs seek discovery related to the payroll records, they must
4  do so through a subpoena duces tecum.
5        The court directs the clerk to mail a copy of this minute order to Scott B. Lindsay,
6  Owner at 5505 228th St. SE, Bothell, WA.
7        Filed and entered this 14th day of November, 2006.

                                              BRUCE RIFKIN, Clerk

                                  By     s/Mary Duett
                                              Deputy Clerk

MINUTE ORDER – 2